**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

LANDSTAR TRANSPORTATION
LOGISTICS INC.,

    Plaintiff,

v.                                      Case No.: 3:23-cv-1440-WWB-SJH

LEADER LOGISTICS LLC,

    Defendant.

## ORDER

The Court has been advised by Plaintiff's Notice of Pending Settlement that the above-styled action has been completely settled. (Doc. 31 at 1).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. All pending motions are **DENIED as moot**. The Clerk is directed to close this file.

**DONE AND ORDERED** at Jacksonville, Florida on January 10, 2025.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record